# United States District Court

## District of Minnesota

IN THE MATTER OF:

Jon and Gloria Paulson, Debtors — Civil No. 00-1573 JMR

Jefferson Company and Gerard Zachman, Appellants — Bky No. 97-30604

v. — Adv. No. 00-3058

Mark Halverson, Trustee, Appllee

**CLERK'S NOTICE OF RECEIPT AND ASSIGNMENT IN RE: BANKRUPTCY TRANSMITTAL**

You are hereby notified that on 6/30/00, the following was filed with the Clerk of U.S. District Court:

**APPEAL FROM U. S. BANKRUPTCY COURT MATTER**

| | |
|---|---|
| x | Clerk's Record on Appeal (see Briefing Schedule below) |

BRIEFING SCHEDULE FOR BANKRUPTCY APPEALS
Pursuant to Local Bankruptcy Rule 1305

Appellant to submit an original and two copies of brief within 15 days after entry of appeal on the docket.
Appellee to submit an original and two copies of brief within 15 days after service of appellant's brief.
Appellant may submit an original and two copies of a reply brief within 10 days after service of appellee's brief.

**OTHER BANKRUPTCY MATTERS/PROCEEDINGS**

| | |
|---|---|
| | Motion, etc. for Leave to Appeal |
| | Transferred Adversary Proceeding Papers |
| | Motion to Withdraw Reference |
| | Order of Contempt |
| | Proposed Findings and Conclusions in non-core adversary |

This matter has been assigned to Judge James M. Rosenbaum under the above civil action number, and counsel should contact Larry Lewis, Courtroom Deputy, at 612 664 5053 for further information concerning this matter.

DATE: June 30, 2000

FRANCIS E. DOSAL, CLERK

BY Shirley Hansen
Deputy Clerk

cc: Clerk, U. S. Bankruptcy Court
U. S. Trustee
All Counsel of Record

2

C:\FORMS\BKYNOT.FRM
Rev. June 6, 1995