**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN THE MATTER OF: Civil No. 00-1573 JMR

Jon and Gloria Paulson, Debtors Bky. No. 97-30604

Jefferson Company and Gerard Zachman, Appellants, Adv. No. 00-3058

v. **ORDER**

Mark Halverson, Trustee, Appellee.

This matter came before the Court upon Appellee's motion under Bankruptcy Rule 8011(b) and Rule 27(b) F.R.App.P. to extend the deadline to serve its responsive brief. No hearing was held on the motion.

Based upon the Affidavit of Counsel and upon all records and documents available to the Court,

**IT IS HEREBY ORDERED:**

1. Appellee's Motion for an extension by which to serve its responsive brief is GRANTED.
2. Appellee shall serve its responsive brief upon Appellant no later than August 16, 2000.
3. Appellant shall have ten (10) days following receipt of said responsive brief to interpose and serve a reply brief upon Appellee.

Dated: this 15th day of August, 2000.

**BY THE COURT:**

Hon. James M. Rosenbaum
United States District Court Judge

FILED 8/15/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK