UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1573(JMR)
BKY. NO. 97-30604
ADV. NO. 00-3058

| | | |
|---|---|---|
| Jon and Gloria Paulson, Debtors | ) | |
| | ) | |
| Jefferson Company and Gerard Zachman, Appellants | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Mark Halverson, Trustee, Appellee | ) | |

This matter is before the Court on appeal by appellants of an Order, issued May 19, 2000, by the Honorable Dennis O'Brien, United States Chief Bankruptcy Judge. The appeal was timely filed, pursuant to 28 U.S.C. § 158 (c)(1), Rule 8001 of the Federal Rules of Bankruptcy Procedure, and Local Rule 8011A(a)(1).

In reviewing a bankruptcy court's judgment, a district court reviews the bankruptcy court's legal conclusions de novo and its findings of fact under the clearly erroneous standard. First National Bank v. Pontow, 111 F.3d 604, 609 (8th Cir. 1997).

Based upon a de novo review of the record, the Court finds no grounds to justify setting aside the bankruptcy's court's order. Appellants have failed to demonstrate that the bankruptcy court's decision was either clearly erroneous or contrary to law.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

NOV 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Order of the bankruptcy court, issued May 19, 2000, is hereby affirmed.

Dated: November 16th, 2000

JAMES M. ROSENBAUM
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

**DATE MAILED TO COUNSEL/PRO SE PARTIES:**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.