# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jefferson Company and Gerard Zachman

Appellant

v.

Mark Halverson, Trustee

Appellee

Case No. Civil 00-1573 JMR
Bky No. 97-30604
Adv No. 00-3058
**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

The order of the bankruptcy court, issued May 19, 2000, is hereby affirmed.

DATE: November 21,2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

11